ASCENT LAW, PC
Dora V. Lane (SBN 8424)
dora@ascent-employmentlaw.com
5470 Kietzke Lane, Suite 300
Reno, NV 89511
Telephone: (775) 671-6171

SEYFARTH SHAW LLP
Elody C. Tignor (SBN 15663)
etignor@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

*Counsel for Defendants*
*Breakthru Beverage Nevada, LLC*
*Breakthru Beverage Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA STANDLEY, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>BREAKTHRU BEVERAGE NEVADA, LLC, a Delaware limited liability company; BREAKTHRU BEVERAGE GROUP, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 2:26-cv-00290-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Defendants, Breakthru Beverage Nevada, LLC and Breakthru Beverage Group, LLC ("Defendants"), and Plaintiff Natasha Standley ("Plaintiff") (collectively, with the Defendants, the "Parties"), by and through their attorneys, Seyfarth Shaw LLP, and as and for their Stipulation to Extend Time to File and Answer or Otherwise Plead to Plaintiff's Complaint, respectfully state as follows:

324546941v.2

The Parties agree to an extension of time for which Defendants to Answer or otherwise plead to the Complaint, up to and through April 3, 2026. The reason for this extension request is to provide Defendants sufficient time in which to investigate and respond to the Complaint.

This is the first stipulation for extension of time for Defendants to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED:  March 19, 2026

Respectfully submitted,                                    Respectfully submitted,

GREENBERG GROSS LLP                               SEYFARTH SHAW LLP


By: _/s/ Michael Burnette_____              By:  _/s/ Elody C. Tignor_____
          Michael Burnette                                        Elody C. Tignor
        *Counsel for Plaintiff*                                *Counsel for Defendants*
         *Natasha Standley*                          *Breakthru Beverage Nevada, LLC and*
                                                          *Breakthru Beverage Group, LLC*


**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _March 20, 2026_____

**CERTIFICATE OF SERVICE**

I, Dora Lane, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by Ascent Law, P.C. My business address is 5470 Kietzke Lane, Ste. 300, Reno, NV 89511-2099. I am over the age of 18 years and not a party to this action.

On March 19, 2026, I served the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> **Jemma Dunn**
> Greenberg Gross LLP
> 1980 Festival Plaza Drive, Suite 730
> Las Vegas, NV 89135
> Email: JDunn@GGTrialLaw.com
>
> **Matthew T. Hale**
> Greenberg Gross LLP
> 1980 Festival Plaza Drive, Suite 730
> Las Vegas, NV 89135
> Email: mhale@ggtriallaw.com
>
> **Michael Allen Burnette**
> Greenberg Gross LLP
> 1980 Festival Plaza Drive, Suite 730
> Las Vegas, NV 89135
> Email: MBurnette@GGTrialLaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 19, 2026.

/s/ *Dora Lane*
Dora Lane