**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NATASHA STANDLEY

        Plaintiff(s),

   vs.

BREAKTHRU BEVERAGE NEVADA,
LLC, et al.

        Defendant(s).

Case # 2:26-cv-00290

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Thomas M. Horan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Seyfarth Shaw LLP
(firm name)

with offices at _____233 South Wacker Drive, Suite 8000_____,
(street address)

_____Chicago_____, _____Illinois_____, _____60606_____,
(city) (state) (zip code)

_____312-460-5000_____, _____thoran@seyfarth.com_____.
(area code + telephone number) (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Breakthru Beverage Nevada, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___November 30, 2016___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Illinois___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7.      That Petitioner is a member of good standing in the following Bar Associations.

State of Illinois

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF _____ Illinois _____ )
                                )
COUNTY OF _____ Cook _____ )

_____ Thomas M. Horan _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____ 2026 .

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
VENESSA L ROGERS-BROWN
Notary Public, State of Illinois
Commission No. 775991
My Commission Expires
October 22, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Dora V. Lane _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ Ascent Law, PC, 5470 Kietzke Lane, Suite 300 _____;
(street address)

_____ Reno _____, _____ Nevada _____, _____ 89511 _____,
(city)                          (state)                  (zip code)

_____ 775-671-6171 _____, _____ dora@ascent-employmentlaw.com _____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Dora V. Lane_____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*Erin Connolly*

(party's signature)

Erin Connolly                                          SVP. Deputy General Counsel

(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Dora Lane*

Designated Resident Nevada Counsel's signature

8424                                          dora@ascent-employmentlaw.com

Bar number                                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**THOMAS M. HORAN**
**COURT ADMISSIONS**

| COURT ADMISSIONS | |
|---|---|
| Supreme Court of Illinois | Admitted 11/30/2016 |
| U.S.D.C. for the Northern District of Illinois | Admitted 12/07/2016 |
| U.S.D.C. for the Eastern District of Michigan | Admitted 10/28/2019 |
| U.S.D.C. for the Eastern District of Wisconsin | Admitted 08/20/2020 |
| U.S.D.C. District of Minnesota | Admitted 04/06/2020 |
| U.S. Court of Appeals for the Fifth Circuit | Admitted 12/17/2021 |
| U.S. District Court for the Central District of Illinois | Admitted 05/10/2022 |
| U.S. District Court for the Southern District of Indiana | Admitted 01/04/2023 |
| U.S. District Court for the Northern District of Indiana | Admitted 04/19/2024 |
| U.S. Court of Appeals for the Fourth Circuit | Admitted 12/03/2025 |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas Michael Horan

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 10th day of June, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois