ELODY C. TIGNOR
Nevada Bar No. 15663
THOMAS HORAN (*admitted pro hac vice*)
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448

DORA V. LANE
Nevada Bar No. 8424
**ASCENT LAW, PC**
5470 Kietzke Lane, Suite 300
Reno, NV 89511

*Attorneys for Defendants*
*Breakthru Beverage Nevada, LLC and*
*Breakthru Beverage Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA STANDLEY, an individual,<br><br>Plaintiff,<br><br>V.<br><br>BREAKTHRU BEVERAGE NEVADA, LLC, a Delaware limited liability company; BREAKTHRU BEVERAGE GROUP, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-00290-APG-BNW<br><br>**JOINT STATEMENT REGARDING PRACTICALITY OF EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to this Court's Minute Order (ECF No. 15) issued on April 6, 2026, Plaintiff Natasha Standley ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants Breakthru Beverage Nevada, LLC and Breakthru Beverage Group, LLC ("Defendants"), by and through their counsel of record, Seyfarth Shaw LLP, submit the following Joint Statement in response to the Order instructing the Parties to discuss settlement and exchange an initial settlement offer and an initial counteroffer and determine whether holding the early

-1-

JOINT STATEMENT REGARDING PRACTICALITY OF EARLY NEUTRAL EVALUATION SESSION

neutral evaluation ("ENE") would be futile.

The Parties participated in a telephone conference on March 13, 2026 and a videoconference on April 14, 2026, during which they discussed the potential for exploring early resolution of this matter. Following those discussions, Plaintiff made an initial settlement demand on June 23, 2026. Defendants reviewed that demand, and determined that they need additional discovery regarding Plaintiff's damage claims before making a counteroffer in response to the demand.

In light of the need to conduct additional discovery to evaluate Plaintiff's damage claims before making any counteroffer to Plaintiff's initial settlement demand, the Parties believe it would be futile to conduct an ENE at this time.

Dated this 24th day of June, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135


Attorneys for Plaintiff

/s/ Elody C. Tignor
ELODY C. TIGNOR
Nevada Bar No. 15663
THOMAS HORAN (admitted pro hac vice)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448

DORA V. LANE
Nevada Bar No. 8424
ASCENT LAW, PC
5470 Kietzke Lane, Suite 300
Reno, NV 89511

Attorneys for Defendants

JOINT STATEMENT REGARDING PRACTICALITY OF EARLY NEUTRAL EVALUATION SESSION