**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATASHA STANDLEY, | Case No. 2:26-cv-00290-APG-BNW |
| Plaintiff, | **Order** |
| v. | |
| BREAKTHRU BEVERAGE NEVADA, LLC, et al., | |
| Defendants. | |

In light of the parties' joint statement on the futility of conducting the early neutral evaluation, Docket No. 23, the Court **VACATES** the early neutral evaluation session set for July 7, 2026. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from the docket and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1